| | |
|---|---|
| Debtor name | **LMD HOLDINGS LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF MICHIGAN** |
| Case number (if known): | **25-47214** |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CR Conveying 5955 Willow Creek Dr. SW Cedar Rapids, IA 52404** | **Charisse Vickerman** cvickerman@crconveying.com 319-363-4060 | trade | | | | $23,602.00 |
| **Dig It 6524 KY-490 East Bernstadt, KY 40729** | (606) 312-2805 | trade, may be secured | disputed | | | $160,482.55 |
| **Doss & Horky 108 Gose Pike Danville, KY 40422** | **Rhonda Doss** rhonda@dosshorky.com (859) 734-2667 | trade, may be secured | Disputed | | | $2,042,067.00 |
| **Farm Credit 101 Opportunity Way Elizabethtown, KY 42701** | **Mike Buckman** Mike.Buckman@fcma.com 740-335-2750 | mortgage | | | | $2,007,649.03 |
| **Farm Credit Leasing 12501 Lakefront Place Louisville, KY 40299** | **Stefano Benvenuti** sbenvenuti@cobank.com (952) 417-7864 | lease payable | | | | $2,157,566.69 |
| **Hayslett Mechanical 729 Warwick Rd Harrodsburg, KY 40330** | | trade, may be secured | Disputed | | | $272,554.95 |
| **Infrastructure Systems P.O. Box 148 Orleans, IN 47452** | **Jon Stalker** 812-865-3309 | trade, may be secured | disputed | | | $195,000.00 |
| **Insulation Solutions 458 S Mulberry Street Elizabethtown, KY 42701** | **Jessicca Cranmer** jcranmer@insulationsolutions.org (270) 505-5046 | trade, may be | Disputed | | | $369,419.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Keystone Industrial LLC 714 W Shelby St, Junction City, KY 40440** | **Brian Jones bjones@keyind.net bjones@keyind.net** | **trade, may be secured** | **Disputed** | | | **$1,200,905.00** |
| **Mike and Donna Stafford 115 Aspen Drive Danville, KY 40422** | **+1 (859) 319-7707** | **land contract payee** | | | | **$259,989.00** |
| **National Water Services, LLC 524 NE 3rd St Paoli, IN 47454** | **Shawn B. Fisher sfisher@national-water.com (812)723-2108** | **trade** | | | | **$34,000.00** |
| **Randall and Marnita Stafford 1993 Lancaster Rd Danville, KY 40422** | **(606)368-2000** | **land contract payee** | | | | **$259,989.00** |
| **Schardein Mechanical P.O. Box 19587 Louisville, KY 40259** | **Rocky Nardi rocky.nardi@schardein.com (502) 664-9557** | **trade, may be secured** | **Disputed** | | | **$531,000.00** |
| **Summit Investment 1700 Lincoln Street, Suite 2150 Denver, CO 80203** | **Brian Shloss bshloss@summit-investment.com +1 (720) 221-3182** | **loan(s), likely secured, at least in part** | **Disputed** | | | **unknown, likely claim of over $25,000,000.** |

/s/ Francesco Viola, Principal


Prepared by /s/ Robert N. Bassel
P48420, POBOX T, Clinton, MI 49236
248.677.1234 bbassel@gmail.com