# United States Bankruptcy Court
## Eastern District of Michigan

In re: __LMD HOLDINGS LLC__  
Debtor(s)

Case No. __25-47214__  
Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Francesco Viola**<br>c/o Debtor | | | entire equity |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Principal** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __July 31, 2025__  
Signature __/s/ Francesco Viola__  
__Francesco Viola__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Prepared by /s/ Robert N. Bassel P48420,  
POBOX T, Clinton MI 49236  
248.677.1234 bbassel@gmail.com

Sheet 1 of 1 in List of Equity Security Holders