# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re:

LMD HOLDINGS, LLC.           Case No. 25-47214-prh
         Chapter 11
   Debtor.          Hon. Paul Hage

_____/

## STIPULATED BRIDGE ORDER EXTENDING TIME FOR DEBTOR TO FILE COMBINED PLAN AND DISCLOSURE STATEMENT, EXTEND EXCLUSIVITY PERIOD TO FILE CHAPTER 11 PLAN, AND EXTEND DATES UNDER 11 U.S.C. SECTION 362(d)(3)

     Pursuant to the stipulation of Debtor LMD Holdings, LLC, the Office of the United States Trustee, SummitBridge National Investments VIII LLC, Farm Credit Mid-America, ACA, and Farm Credit Leasing Services Corporation [Doc. No. 49], and sufficient cause existing for the relief requested,

     Now therefore,

     **IT IS HEREBY STIPULATED, AGREED, AND ORDERED** that (a) the deadline for the Debtor to file a combined disclosure statement and plan is extended through and including October 28, 2025; (b) Debtor's exclusive period to file a combined disclosure statement and plan is extended through and including October 28, 2025; and (c) the deadline for the Debtor to file a confirmable chapter 11 plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time, or make adequate protection payments to SummitBridge National Investments VIII LLC, Farm Credit Mid-America, ACA, and/or Farm Credit Leasing Services Corporation, to the extent required by 11 U.S.C. § 362(d)(3), is extended through and including October 28, 2025.

     **IT IS HEREBY ORDERED** the entry of this Bridge Order (a) is without prejudice to the Debtor seeking further extensions to the extent warranted or the right of any of the parties hereto to object to any relief sought or requested by the Debtor and (b) does not moot *Debtor's Motion to Extend Time for Debtor to file Combined Plan and Disclosure Statement and Extend Exclusive Period to file Chapter 11 Plan*

[Docket No. 40] (the "Motion") or the *Objection of SummitBridge National Investments VII LLC to the Debtor's Motion to Extend Time for Debtor to file Combined Plan and Disclosure Statement and Extend Exclusive Period to file Chapter 11 Plan* [Docket No. 45] (the "SummitBridge Objection").

**IT IS HEREBY ORDERED** that the Hearing on the Motion and the SummitBridge Objection shall be heard on October 28, 2025 at 11:00 a.m. E.T. at Courtroom 1925, 211 West Fort St., Detroit, MI 48226.

**Signed on October 15, 2025**



/s/ Paul R. Hage

**Paul R. Hage
United States Bankruptcy Judge**