**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

In re:

LMD Holdings, LLC, *et ano.*,[1]

Debtors.

Case No. 25-47214
Chapter 11
Hon. Paul R. Hage

(Jointly Administered)

**NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF
CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES
AND PROPOSED CURE AMOUNTS**

1.      On December 18, 2025, LMD Holdings, LLC and Luca Mariano Distillery, LLC (collectively the "Debtors") filed the Motion (the "Motion") for Entry of (A) Order (I) Establishing Bidding Procedures, (II) Scheduling an Auction and a Sale Hearing in Connection with the Sale of Substantially All of Debtors' Assets, (III) Setting Certain Dates and Deadlines in Connection Therewith, (IV) Approving the Form of the Asset Purchase Agreement, Including the Stalking Horse Bid Protections, and (V) Granting Related Relief; (B) Order (I) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, and Encumbrances; and (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Certain Related Relief.[2]  By the Motion, the Debtors seek, *inter alia*, to sell (the "Sale") substantially all of its assets (the "Assets") and to assume and assign certain executory contracts and unexpired leases (the "Purchased Contracts") to any stalking horse bidder or successful purchaser (the "Buyer") pursuant to an asset purchase agreement (the "APA"), subject to higher or otherwise better offers, and/or the Successful Bidder at the Auction.

2.      On January 14, 2026, pursuant to the Motion, the Court entered an Order (the "Bidding Procedures Order") approving auction and bidding procedures

---

[1] The Debtors in these jointly administered proceedings are LMD Holdings, LLC (Case No. 25-47214) and Luca Mariano Distillery, LLC (Case No. 25-51472).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

(the "Bidding Procedures") in connection with the proposed Sale. A copy of the Motion, the Bidding Procedures Order and the Bidding Procedures can be obtained from counsel to the Debtors, Stevenson & Bullock, P.L.C., Attn: Elliot Crowder, 26100 American Drive, Suite 500, Southfield, MI 48034 (ecrowder@sbplclaw.com) and Robert N. Bassel, P.O. Box T, Clinton Township, MI 49236 (bbassel@gmail.com).

3. A hearing to approve the Sale (the "Sale Hearing"), including the assumption and assignment of certain Purchased Contracts, will be held on **March 10, 2026 at 11:00 AM (Eastern Time)**, at the United States Bankruptcy Court for the Eastern District of Michigan, 211 W. Fort St., Detroit, Michigan 48226, before the Honorable Paul R. Hage. The Sale Hearing may be adjourned by the Debtor, after consulting with the Consultation Parties, from time to time without further notice to creditors or other parties in interest other than by filing a notice on the docket of the Debtors' chapter 11 bankruptcy cases.

4. Pursuant to the Motion, the Debtor may assume and assign the contract(s) and lease(s) identified on **Exhibit A** (the "Subject Contract(s)") to the Successful Bidder at the Auction.[3] The cure amount (the "Cure Amount"), if any, the Debtor believes is required to satisfy all amounts and obligations due and owing under each Subject Contract by the Debtor, including any monetary defaults and compensation for pecuniary losses, is listed on **Exhibit A** (the "Cure Schedule").

5. The deadline to file an objection to the assumption and assignment of the Subject Contract(s) and the Cure Amount(s) for such Subject Contract(s) (together, "Cure Objections") is **14 days from the mailing of this notice** (the "Cure Objection Deadline"). Cure Objections, if any, must be filed with the Clerk of the Bankruptcy Court and served on (a) counsel to the Debtors, Stevenson & Bullock, PLC, Attn: Elliot Crowder, 26100 American Drive, Suite 500, Southfield, MI 48034 and Robert N. Bassel, P.O. Box T, Clinton Township, MI 49236; (b) counsel to SummitBridge National Investments VIII LLC, Frost Brown Todd LLP, Attention: Ronald E. Gold, 3300 Great American Tower, 301 East 4th Street, Cincinnati, Ohio

---

[3] The Debtor may modify the list of contracts and leases that will be assumed and assigned in connection with the Sale. In addition, the inclusion of any contract or agreement on **Exhibit A** to the Cure Notice shall not constitute an admission by the Debtor that any such contract is an executory contract or unexpired lease within the meaning of section 365 of the Bankruptcy Code and the Debtor reserves all rights with respect thereto.

45202, (c) counsel to Farm Credit Leasing Services Corporation, Warner Norcross + Judd LP, Attn: Elisabeth M. Von Eitzen, 180 E Water Street, Ste. 7000, Kalamazoo, MI 49007, and (d) counsel to Farm Credit Mid-America, Dentons, Attn: James R. Irving, 101 South Fifth Street, Louisville, KY 40202 ("Consultation Parties").

6. Any Cure Objection must state (i) the basis for the objection and (ii) with specificity, what Cure Amount(s) the party to the Subject Contract(s) believes is required (in all cases with appropriate documentation in support thereof).

7. Any objection solely to the Cure Amount(s) may not prevent or delay the Debtors' assumption and assignment of the Subject Contract(s). If a non-Debtor counterparty (a "Non-Debtor Counterparty") objects solely to Cure Amount(s), the Debtors may, with the consent of the Successful Bidder, hold the claimed Cure Amount(s) in reserve pending further order of the Court or mutual agreement of the parties. So long as Cure Amount(s) are held in reserve, and there are no other unresolved objections to assumption and assignment of the applicable Subject Contract(s), the Debtors can, without further delay, assume and assign such Subject Contract(s) to the applicable Successful Bidder. Under such circumstances, the objecting Non-Debtor Counterparty's recourse is limited to the funds held in reserve.

8. Any objections to the adequate assurance of future performance by the Buyer and/or another Successful Bidder under the applicable Subject Contract(s) must be filed with the Court and served on the Consultation Parties and the applicable Successful Bidder so that such objection is received on or before March 5, 2026 (the "Adequate Assurance Objection Deadline").

9. Unless a Cure Objection or an objection to adequate assurance of future performance, as applicable, is filed and served by a Non-Debtor Counterparty to any Subject Contract by the Cure Objection Deadline or the Adequate Assurance Objection Deadline, as applicable, such Non-Debtor Counterparty shall be: (i) deemed to have waived and released any right to assert a Cure Objection and to have otherwise consented to the assignment of such Subject Contract, (ii) forever barred from objecting to the assumption and assignment of such Subject Contract or the failure of the Successful Bidder to provide adequate assurance of future performance, and (iii) forever barred and estopped from asserting or claiming any Cure Amount, other than the Cure Amount listed on the Cure Schedule.

10. The hearings with respect to Cure Objection(s) or objection(s) to the adequate assurance of future performance may be held (a) at the Sale Hearing, or (b) at such other date as the Court may designate.

11.	Copies of the Motion, the Bidding Procedures Order, the Bidding Procedures, and the form APA, are available from counsel to the Debtors, Stevenson & Bullock, P.L.C., Attn: Elliot Crowder, 26100 American Drive, Suite 500, Southfield, MI 48034 (ecrowder@sbplclaw.com) and Robert N. Bassel, P.O. Box T, Clinton Township, MI 49236 (bbassel@gmail.com).


Dated: January 14, 2026

Respectfully submitted,
**STEVENSON & BULLOCK, P.L.C.**

By: /s/ Charles D. Bullock
Charles D. Bullock (P55550)
Elliot G. Crowder (P76137)
Ernest M. Hassan, III (P67815)
*Counsel for Luca Mariano Distillery, LLC*
26100 American Drive, Suite 500
Southfield, MI 48034
Phone: (248) 354-7906
Facsimile: (248) 354-7907
Email: cbullock@sbplclaw.com
Email: ecrowder@sbplclaw.com
Email: ehassan@sbplclaw.com

&

By: /s/ Robert N. Bassel
Robert N. Bassel (P48420)
*Counsel for LMD Holdings, LLC*
P.O. Box T
Clinton Township, MI 49236
Phone: (248) 677-1234
Email: bbassel@gmail.com

**Exhibit A to Cure Notice**

**CURE SCHEDULE**

| Description of Subject Contract | Name and Contact Information of Counterparty | Cure Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |