In re:

LMD Holdings, LLC, *et ano.*,[1]

      Debtors.

Case No. 25-47214
Chapter 11
Hon. Paul R. Hage
(Jointly Administered)

**ORDER GRANTING PRELIMINARY APPROVAL OF THE COMBINED PLAN OF LIQUIDATION AND DISCLOSURE STATEMENT OF LMD HOLDINGS, LLC AND LUCA MARIANO DISTILLERY, LLC**

On March 12, 2026, the Debtors filed their *Combined Plan of Liquidation and Disclosure Statement* [Doc. No. 163] (the "Plan and Disclosure Statement"). The Court has reviewed the Plan and Disclosure Statement and has decided to grant preliminary approval of the disclosure statement. Accordingly,

IT IS HEREBY ORDERED that the disclosure statement is granted preliminary approval, subject to any timely and proper objections.

IT IS FURTHER ORDERED that the Debtors shall, within seven days, arrange for service by mail in accordance with L.B.R. 3018-1(a) (E.D.M.).

IT IS FURTHER ORDERED that, for that service, the Debtors shall use an updated copy of the matrices available from the Clerk of Court, and the Debtors shall

---

[1] The Debtors in these jointly administered proceedings are LMD Holdings, LLC (Case No. 25-47214) and Luca Mariano Distillery, LLC (Case No. 25-51472).

file with the Court as promptly as possible a certificate of service which shall set forth to whom notice has been given.

IT IS FURTHER ORDERED THAT:

1. The deadline to return ballots on the plan, as well as to file objections to final approval of the adequacy of the information in the disclosure statement and objections to confirmation of the plan, is **April 24, 2026**.

2. The completed ballot form shall be returned by mail to counsel for Luca Mariano Distillery, LLC, **Mr. Elliot G. Crowder, 26100 American Drive, Suite 500, Southfield, MI 48034**.

3. The hearing on objections to final approval of the disclosure statement and confirmation of the plan shall be held on **May 12, 2026 at 11:00 a.m.**, before the Honorable Paul R. Hage, in Courtroom 1925, 211 West Fort Street, Detroit, Michigan 48226.

4. The deadline for all professionals to file final fee applications is 30 days after a confirmation order is entered in this case.

**Signed on March 13, 2026**



**/s/ Paul R. Hage**

**Paul R. Hage**
**United States Bankruptcy Judge**

2