## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

LMD Holdings, LLC, *et ano.*,[1]

　　　　　　　　Debtors.

Case No. 25-47214
Chapter 11
Hon. Paul R. Hage

(Jointly Administered)

## STIPULATION FOR ENTRY OF ORDER

Now comes Luca Mariano Distillery, LLC (the "Debtor") and the below

parties, by and through their counsel, hereby stipulate to the entry of the proposed

order attached as "Exhibit A".

Approved as to form and content:

By: /s/ Elliot G. Crowder
Elliot G. Crowder (P76137)
**STEVENSON & BULLOCK, P.L.C.**
*Counsel for Debtor Luca Mariano Distillery, LLC*
26100 American Drive, Ste. 500
Southfield, MI 48034
Phone: (248) 354-7906
ecrowder@sbplclaw.com

By: /s/ Robert N. Bassel
Robert N. Bassel (P48420)
*Counsel for LMD Holdings, LLC*
PO Box T
Clinton, MI 49236
Phone: (248) 677-1234
bbassel@gmail.com

---

[1] The Debtors in these jointly administered proceedings are LMD Holdings, LLC (Case No. 25-47214) and Luca Mariano Distillery, LLC (Case No. 25-51472).

By: /s/ Julie Beth Teicher
Julie Beth Teicher (P34300)
**MADDIN HAUSER ROTH & HELLER PC**
*Counsel for SummitBridge National Investments VIII, LLC*
One Towne Square, Fifth Floor
Southfield, MI 48076
Phone: (248) 354-4030
jteicher@maddinhauser.com

By: /s/ Kelley Callard
Kelley Callard (P68537)
**OFFICE OF THE UNITED STATES TRUSTEE**
211 W. Fort Street, Ste. 700
Detroit, MI 48226
Phone: (202) 641-3559
Kelley.Callard@usdoj.gov

By: /s/ Christopher J. Pullman
Christopher J. Pullman (IL Bar No. IARDC # 6321331)
**WOLFSON BOLTON KOCHIS PLLC**
*Counsel for Insulation Solutions, LLC and Schardein Mechanical Contractors, Inc.*
880 W. Long Lake Rd., Ste. 420
Troy, MI 48098
Phone: (248) 247-7103
cpullman@wolfsonbolton.com

By: /s/ Elisabeth M. Von Eitzen
Elisabeth M. Von Eitzen (P70183)
**WARNER NORCROSS + JUDD LP**
*Counsel for Farm Credit Leasing Services Corporation*
180 E Water Street, Ste. 7000
Kalamazoo, MI 49007
Phone: (269) 276-8118
evoneitzen@wnj.com

By: /s/ James R. Irving
James R. Irving (KY 96048)
**DENTONS**
*Counsel for Farm Credit Mid-America*
3500 PNC Tower
101 South Fifth Street
Louisville, KY 40202
Phone: (502) 587-3606
james.irving@dentons.com

By: /s/ Rozanne M. Giunta
Rozanne M. Giunta (P29969)
**WARNER NORCROSS + JUDD LP**
*Counsel for Doss & Horky, Inc.*
715 E. Main St., Ste. 110
Midland, MI 48640
Phone: (989) 698-3758
Email: rgiunta@wnj.com

By: /s/ Jason W. Bank
Jason W. Bank (P54447)
**KERR RUSSELL & WEBER PLC**
*Counsel for Keystone Industrial, LLC*
500 Woodward Ave., Ste. 2500
Detroit, MI  48226
Phone: (313) 961-0200
jbank@kerr-russell.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

LMD Holdings, LLC, *et ano.*,[1]

    Debtors.

Case No. 25-47214
Chapter 11
Hon. Paul R. Hage

(Jointly Administered)

## ORDER FURTHER AMENDING CERTAIN DATES AND DEADLINES WITH RESPECT TO BIDDING PROCEDURES AND SALE HEARING

THIS MATTER having come before the Court upon the stipulation of the Debtors, SummitBridge National Investments VIII, LLC, Farm Credit Leasing Services Corporation, Farm Credit Mid-America, The Office of the United States Trustee, Keystone Industrial, LLC, Doss & Horky, Inc., Insulation Solutions, LLC and Schardein Mechanical Contractors, Inc.; the Court having previously entered the *Order (I) Establishing Bidding Procedures; (II) Scheduling an Auction and a Sale Hearing in Connection with the Sale of Substantially All of Debtors' Assets, (III) Setting Certain Dates and Deadlines in Connection therewith, (IV) Approving the form of the Asset Purchase Agreement, Including the Stalking Horse Bid*

---

[1] The Debtors in these jointly administered proceedings are LMD Holdings, LLC (Case No. 25-47214) and Luca Mariano Distillery, LLC (Case No. 25-51472).

*Protections, and (V) Granting Related Relief* [Docket No. 140] (the "<u>Bidding</u> <u>Procedures Order</u>")[2]; and the Court being otherwise advised in the premises;

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1.  The Bid Deadline is adjourned from 12:00 p.m. (Eastern Time) on March 16, 2026 to **12:00 p.m. (Eastern Time) on April 6, 2026**.

2.  The Auction, if necessary, is adjourned from March 18, 2026 to **April 8, 2026 at 10:00 a.m. (Eastern Time)**.

3.  The Sale Objection Deadline is adjourned from March 20, 2026 to **April 9, 2026**.

4.  The Sale Hearing to approve the Sale shall be held on **April 14, 2026, at 11:00 AM (Eastern Time)**, at the United States Bankruptcy Court for the Eastern District of Michigan, 211 W. Fort St., Detroit, Michigan 48226, courtroom 1925, before the Honorable Paul R. Hage.

5.  The hearing on the Verified Limited Objection of Farm Credit Leasing Services Corporation to the Debtors' Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 150] shall be held on **April 14, 2026, at 11:00 AM (Eastern Time)**, at the United

---

[2] Capitalized terms as used herein have the same meanings as ascribed to them in the Bidding Procedures Order unless otherwise stated.

States Bankruptcy Court for the Eastern District of Michigan, 211 W. Fort St., Detroit, Michigan 48226, courtroom 1925, before the Honorable Paul R. Hage.

6.      The outside closing date for the sale, if authorized, is adjourned to **April 29, 2026**.

7.      Except as set forth herein, the Bidding Procedures Order remains in full force and effect.

8.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.