In re:

LMD Holdings, LLC, *et ano*.,[1]

                Debtors.

Case No. 25-47214
Chapter 11
Hon. Paul R. Hage

(Jointly Administered)

## NOTICE OF WITHDRAWAL

Now come LMD Holdings, LLC ("Holdings") and LMD Distillery, LLC ("Distillery" and collectively with Holdings, the "Debtors") and Farm Credit Leasing Services Corporation ("FCLSC") each by and through their undersigned counsel, who do state as follows:

1.      On January 14, 2026, the Debtors filed a *Notice of Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Proposed Cure Amounts* [Doc. No. 138] and a *Notice of Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Proposed Cure Amounts* [Doc. No. 144] (collectively, the "Cure Notice").

2.      For the reasons set forth at Docket No. 182, the Debtors have withdrawn the underlying Motion for Entry of (A) Order (I) Establishing Bidding

---

[1] The Debtors in these jointly administered proceedings are LMD Holdings, LLC (Case No. 25-47214) and Luca Mariano Distillery, LLC (Case No. 25-51472).

Procedures, (II) Scheduling an Auction and a Sale Hearing in Connection with the Sale of Substantially All of Debtors' Assets, (III) Setting Certain Dates and Deadlines in Connection Therewith, (IV) Approving the Form of the Asset Purchase Agreement, Including the Stalking Horse Bid Protections, and (V) Granting Related Relief; (B) Order (I) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, and Encumbrances; and (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Certain Related Relief.

3.      Accordingly, the parties hereto similarly withdraw the Cure Notice.

4.      This withdrawal does not serve as a waiver or admission as to the cure amounts due from the Debtors and FCLSC reserves all rights and remedies afforded under the applicable lease agreement and applicable law.

By:  /s/ Elliot G. Crowder
Elliot G. Crowder (P76137)
**STEVENSON & BULLOCK, P.L.C.**
*Counsel for Debtor Luca Mariano Distillery, LLC*
26100 American Drive, Ste. 500
Southfield, MI 48034
Phone: (248) 354-7906
ecrowder@sbplclaw.com

By:  /s/ Elisabeth M. Von Eitzen
Elisabeth M. Von Eitzen (P70183)
**WARNER NORCROSS + JUDD LP**
*Counsel for Farm Credit Leasing Services Corporation*
180 E Water Street, Ste. 7000
Kalamazoo, MI 49007
Phone: (269) 276-8118
evoneitzen@wnj.com