**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

LMD Holdings, LLC, *et ano*.,[1]

          Debtors.

Case No. 25-47214
Chapter 11
Hon. Paul R. Hage

(Jointly Administered)

**<u>NOTICE OF WITHDRAWAL</u>**

Now come LMD Holdings, LLC ("<u>Holdings</u>") and LMD Distillery, LLC ("<u>Distillery</u>" and collectively with Holdings, the "<u>Debtors</u>") by and through their undersigned counsel, and for their Notice of Withdrawal of Plan, state as follows:

1.      On March 12, 2026, the Debtors filed a *Combined Plan of Liquidation and Disclosure Statement of LMD Holdings, LLC and Luca Mariano Distillery, LLC* [Doc. No. 163] (the "<u>Plan</u>").

2.      In the interest of the parties and in keeping any one party from expending unnecessary resources responding to the Plan which will be amended, Debtors hereby withdraw the Plan without prejudice in anticipation of submitting an Amended Plan in its place and stead.

---

[1] The Debtors in these jointly administered proceedings are LMD Holdings, LLC (Case No. 25-47214) and Luca Mariano Distillery, LLC (Case No. 25-51472).

3.      The deadline for objections to the Plan has not lapsed; the current deadline is set for April 24, 2026.

4.      Accordingly, the Debtors hereby withdraw the Plan.

By:  /s/ Elliot G. Crowder
Elliot G. Crowder (P76137)
**STEVENSON & BULLOCK, P.L.C.**
*Counsel for Debtor Luca Mariano Distillery, LLC*
26100 American Drive, Ste. 500
Southfield, MI 48034
Phone: (248) 354-7906
ecrowder@sbplclaw.com

Dated: April 23, 2026

By:  /s/ Robert N. Bassel
Robert N. Bassel (P48420)
*Counsel for LMD Holdings, LLC*
P.O. Box T
Clinton, MI 49236
Phone: (248) 677-1234
bbassel@gmail.com

Dated: April 23, 2026